**JASON K. SINGLETON**, State Bar #166170
jason@singletonlawgroup.com
**RICHARD E. GRABOWSKI**, State Bar #236207
rgrabowski@mckinleyville,net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177

**Attorneys for Plaintiff, JOSHUA LAMARK**

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LAMARK,<br><br>    Plaintiff,<br>v.<br><br>MICHAEL M. GHOLAMI, individually and as Trustee of the MICHAEL MOHAMMED GHOLAMI and NAHID A. GHOLAMI TRUST, dba ARCO A & M MINI MART, and DOES ONE to FIFTY, inclusive,<br><br>    Defendants. | Case No. 3:10-CV-0871-MEJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER** |

Plaintiff Joshua LaMark and Defendants Michael M. Gholami, individually and as Trustee of the Michael Mohammed Gholami and Nahid A. Gholami Trust, dba ARCO A & M Mini Mart (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.  The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: August 3, 2010      /s/ Richard E. Grabowski
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **JOSHUA LAMARK**

**LEWIS BRISBOIS BISGARD & SMITH LLP**

Dated: July 8, 2010      /s/ Melissa T. Omansky
Melissa T. Omansky, Attorney for Defendants
**MICHAEL M. GHOLAMI, individually and as Trustee of the MICHAEL MOHAMMED GHOLAMI and NAHID A. GHOLAMI TRUST, dba ARCO A & M MINI MART**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>Joshua LaMark v. Michael M. Gholami, et al.</u>, Case Number 3:10-CV-00871-MEJ, is dismissed with prejudice with each party to bear his or her own attorneys fees and costs.

Dated: August 3, 2010      _____
MARIA-ELENA JAMES
UNITED STATES MMAGISTRATE JUDGE